ROY H. HEWETT, PETITIONER-RESPONDENT, v. STAND-
ARD CONCRETE BLOCK & SUPPLY CO., RESPONDENT-
PETITIONER.

Argued November 20, 1962—Decided December 3, 1962.

*Mr. Frank Fink* argued the cause for the appellant (*Mr. James J. Carroll,* attorney).

*Mr. Leslie L. Kohn* argued the cause for the respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of the Appellate Division.

*For affirmance*—Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-MAN—7.

*For reversal*—None.